# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 20, 2025

## NO. 03-24-00599-CV

**A. P., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### AFFIRMED -- OPINION BY JUSTICE CRUMP

This is an appeal from the order terminating parental rights signed by the trial court on September 24, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.